**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Midway Oilfield Constructors, Inc.** |
| 2. | All other names debtor used in the last 8 years | **dba Midway Energy Services** |
| | Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

_7_ _4_ – _2_ _2_ _0_ _4_ _2_ _3_ _8_

4. Debtor's address

**Principal place of business**

**P.O. Box 245**
Number     Street

_____

**Midway**          **TX**   **75852**
City                State   ZIP Code

**Madison**
County

**Mailing address, if different from principal place of business**

_____
Number     Street

_____
P.O. Box

_____
City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

**Assets are held in multiple locations in the**
Number     Street

_____

_____
City                State   ZIP Code

5. Debtor's website (URL)          _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **Midway Oilfield Constructors, Inc.**                              Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.  *Check all that apply:*

      ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

      ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐  A plan is being filed with this petition.

      ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

      ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No
☐  Yes.  District _____  When _____  Case number _____
                                                           MM / DD / YYYY
         District _____  When _____  Case number _____
                                                           MM / DD / YYYY
         District _____  When _____  Case number _____
                                                           MM / DD / YYYY

Debtor  **Midway Oilfield Constructors, Inc.**                              Case number (if known) _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? |
|---|---|

☑ No

☐ Yes.  Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

List all cases. If more than 1, attach a separate list.

Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number     Street

_____

_____
City                            State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## ▉ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Midway Oilfield Constructors, Inc.**                          Case number (if known) _____

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☒ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/15/2018**
MM / DD / YYYY

X **/s/ Billy A. Smith, Sr**                          **Billy A. Smith, Sr**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Kimberly A. Bartley**                  Date **08/15/2018**
Signature of attorney for debtor                  MM / DD / YYYY

**Kimberly A. Bartley**
Printed name

**Waldron & Schneider, L.L.P.**
Firm name

**15150 Middlebrook Drive**
Number          Street

**Houston**                          **TX**          **77058**
City                          State          ZIP Code

**(281) 488-4438**                  **kbartley@ws-law.com**
Contact phone                  Email address

**24032114**                  **TX**
Bar number                  State

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Midway Oilfield Constructors, Inc.**                    CASE NO

                                                                   CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/15/2018 _____         Signature  _/s/ Billy A. Smith, Sr_____
                                                         **Billy A. Smith, Sr**
                                                         **President**

Date  _____           Signature  _____

2-C Equipment LLC
P.O. Box 276
Jarrell, TX  76537-0276


2D's Oilfield Services, Inc.
c/o RTS Financial Services, Inc.
P.O. Box 840267
Dallas, TX  75284-0267


3-D Disposal
11258 State Hwy 21 W
Caldwell, TX  77836


3-L Cattle Co
14007 Hwy 21 West
Crockett, TX  75835


300 Tire & Automotive Repair
210 S Buckeye St
Wooster, TX  44691


A-1 Pump Inc
P.O. Box 4289
Bryan, TX  77805


A-1 Smith's Septic Services, Inc.
313A FM 3478
Huntsville, TX  77320


AAA Drilling Foundation Co Inc
3157 Horton Rd
Ft Worth, TX  76119


ACC Business
P.O. Box 105306
Atlanta, GA  30348-5306

Ace Funding
6420 Wilshire Blvd, #860
Los Angeles, CA  90048


Ace Funding Source LLC
366 North Broadway
Jericho, NY  11753


Action Equipment 1
19 N Vesper St
Lock Haven, PA  17745


Action Mobile
P.O. Box 758689
Baltimore, MD  21275-8689


Adler Tank Rentals LLC
P.O. Box 45081
San Francisco, CA  94145-0081


Adlers, Weldon "Buddy"
11099 Goose Prarie Rd
Midway, TX  75852


ADP, LLC
1851 N Resler Dr MS-100
El Paso, TX  79912


Advanced Funding/Forward Funding
Edward Federico
100 Summer Street, Ste 1175
Boston, MA  02110


Aggregate Haulers 1 LP
P.O. Box 65178
San Antonio, TX  78265-5178

Air Products & Chemicals, Inc
P.O. Box 935430
Atlanta, GA  31193-5430


Airgas USA, LLC
P.O. Box 676015
Dallas, TX  75267-6015


Al-Dai Transport, LLCF
TBS Factoring Serv LLC
103 Warren Tucker
Ruidoso, NM  88345

Albright Welding Supply Co Inc
P.O. Box 35
Wooster, OH  44691


Ally Bank
P.O. Box 9001948
Louisville, KY  40290-19498


American Express
P.O. Box 65044
Dallas, TX  75265


AMX Access Services
6110 Edgemoor Dr
Houston, TX  77081-5808


Apple Mobile Leasing
P.O. Box 872
Brunswick, OH  44212-0872


Aramark Uniform Services
AUS Tyler MC Lockbox
P.O. Box 731676
Dallas, TX  75373-1676

ARCO Mobile Fire Extinguisher
P.O. Box 1234
Stephenville, TX  76401


Arnold Trucking, Inc.
3805 FM 1997N
Marshall, TX  75670-2513


AT&T Landline
P.O. Box 105414
Atlanta, GA  30348-5414


AT&T Mobility
P.O. Box 6463
Carol Stream, IL  60197-6463


Atwood, Randy
2349 FM 123
DeBerry, TX  75639


Ausmar Trucking
335 Liberty Road
New Concord, OH  43762


Aviles, Adrian
215 Geraldine St
Uvalde, TX  78801


B&G Materials
P.O. Box 969
Beevile, TX  74104


Badger Daylighting Corp
75 Remittance Dr., #3185
Chicago, IL  60675-3185

```
BAKERCORP
P.O. Box 843596
Los Angeles, CA  90084-3596


Baldwin Redi Mix Co Inc
P.O. Box 670
Baldwin, LA  70514


Bank of America
P.O. Box 15710
Wilmington, DE  19886


Barclay View Farms
14609 Rt 414
Monroeton, PA  18832


Basden Industrial Group LLC
P.O. Box 1061
Burleson, TX  76097


Bee County Tax AC
Linda G Bridge Tax Assessor
P.O. Box 1900
Beeville, TX  78104-1900


Bell Supply Company
P. O. Box 842263
Dallas, TX  75284


Best Line Equipment
2582 Gateway Drive
State College, PA  16801


Best Materials
19754 FM 39
Iola, TX  77861-3678
```

Best Western
3307 East Main St
Madisonville, TX  77864


Bickley, Prescott & Co PC
1223 Financial Plaza
Huntsville, TX  77340


Bishop's Full Time Portables
23449 Route 220
Ulster, PA  18850


Biz Funding
517 Funding 762 Orange St, #762
Wilmington, DE  19801


Blast-One International
P.O. Box 933052
Cleveland, OH  44193


Blueline Rental
P.O. Box 840062
Dallas, TX  75284-0062


Bobcat Compact Construction
P.O. Box 650823
Dallas, TX  75266-0823


Brady's Welding & Machine Shop Inc
P.O. Box 788
Healdeton, OK  73438


Brand Safway Solutions
P.O. Box 206667
Dallas, TX  75320--6667

Brazos Dozer Service Inc
9349 Dilly Shaw Tap Rd
Bryan, TX  77808


Brazos Valley Emergeny Physicians
P.O. Box 2283
Mansfield, TX  46063-0047


Bryan Freightliner, LP
c/o Commercial Billing Serv
P.O. Box 2201
Decatur, AL  35609-2201


Bryan Hose & Gasket, Inc.
1800 Quality Park Lane
P.O. Box 2320
Bryan, TX  77806


Buckeye Water Service Co
P.O. Box 409
New Concord, OH  43762


Buffalo Express
P.O. Box H
Buffalo, TX  75831


Buffalo Gap I&E
325 N West St
Buffallo Gap, TX  79508


Burke Welding Supply & Toool Co
P.O. Box 1587
810 W Sealy
Monohans, TX  78756


C&E Production, LLC
6162 FM 1179
Bryan, TX  77808

C&L Sanitation Inc
P.O. Box 691
Perrysburg, OH  43552


C.C. Creations
1800 Shiloh Ave
Bryan, TX  77803


Caddyshack Portable Restrooms
378 Factory Rd
Cogan Station, PA  17728


Capital City
2299 Performance Way
Columbus,OH  43207


Carrizo Oil & Gas
500 Dallas St, Ste 2499
Houston, TX  77002


CAT Commercial
PO Box 730681
Dallas, TX  75373


CAT Financial
P.O. Box 730681
Dallas, TX  75373-0681


CC Rentals
P.O. Box 10655
Corpus Christi, TX  78460


CCK Strategies
8811 South Yale Ave, Ste 400
Tulsa, OK  74137

Cemex
P.O. Box 730197
Dallas, TX  75373-0197


Centex Supply
P.O. Box 218
Madisonville, TX  77864


Central Equipment Company
5223 Lycoming Mall Dr
Montoursville, PA  17754


Centre Concrete Company
P.O. Box 859
State College, PA  16804


Challenger Services
4530 S Jackson Ave
Tulsa, OK  74107


Charles Cotrone Disposal Co
9505 Cotrone Rd
Bryan, TX  77807


Charter Waste
P.O. Box 677839
Dallas, TX  75267


Chemical Professionals, Inc
P.O. Box 1693
Cedar Park, TX  78630


Chemtex Industrial, Inc.
P.O. Box 6964
Longview, TX  75608

Chi St Joseph Health
P.O. Box 660445
Dallas, TX  75266-0445


Choate Forest Pros
P.O. Box 3607
Williamsport, PA  17701


Chrysler Capital
PO Box 660335
Dallas, TX  75266-0335


Circle S Trucking, Inc.
1948 CR 1234
Nemo, TX  76070


CIRCOR Reliability Serv Co
P.O. Box 840528
Dallas, TX  75284-0258


CIRRA Networks
P.O. Box 123686
Ft Worth, TX  76121-3686


City of Bucyrus Utility Dept
P.O. Box 390
Bucyrus, OH  44820


City of Centerville
P.O. Box 279
325 E St Mary's
Centerville, TX  78533-0279


City of Midway Water Depart
P.O. Box 227
Midway, TX  75852

City of Sunray
P.O. Box 250
Sunray, TX  79086


City Pipe & Supply Corp
P.O. Box 946
Odessa, TX  79086


Clearpath Utility Solutions
8155 Ridge Rd
Zanesville, OH  43701


Clemtex
P.O. Box 15214
Houston, TX  77220-5214


Cleveland Brothers Equipment
4565 William Penn Hwy
Murrysville, PA  15668


CMC Construction Services
P.O. Box 844573
Dallas, TX  75284-4573


CNH Capital Lockbox
P.O. Box 7247
Philadelphia PA  19170


Coastal Chemical Co LLC
P.O. Box 820
Abbeville, LA  70511


Coastal Resources Group LLC
2105 Anders Lane, Ste D
Kemah, TX  77565

Colorado Materials Ltd
P.O. Box 2109
San Marcos, TX  78667


Comcast Business
P.O. Box 660618
Dallas, TX  75266-0618


Compass Bank
Commercial Billing Service
PO Box 2201
Decatur, AL  35609

Complete Energy Services
P.O. Box 3907
Enid, OK  73702


Compmanagement, Inc.
P.O. Box 884
Dublin, OH  43017


Conners Construction Inc
2513 US Hwy 77
Lott, TX  76656


Cotulla Independent School Dist
310 N Main St
Cotulla, TX  78014


Crisp Tire & Lube
P.O. Box 280
903 Dobie Rd
Cotulla, TX  78014


Crossbridge Compliance
P.O. Box 8024
Longview, TX  75607

Crude State Energy Services LLC
115 N Cedar St
Pecos, TX  78772


CSJ Technology Group
P.O. Box 4486
Bryan, TX  77805


CT Corporation
P.O. Box 4349
Carol Stream, IL  60197-4349


Currency Capital
12100 Wilshire Blvd, #1750
Los Angeles, CA  90025


Cuz Excavating, LLC
239 Buck Run Lane
Canton, PA  17724


CWO, Inc.
P.O. Box 1877
Mohahans, TX  79756


Dale's 81 Electric LLC
P.O. Box 183
Kingfisher, OK  73750


Dansco Manufacturing & Pumping
2149 Moore Ave SE
Canton, OH  44707


Deduction Recovery Group
P.O. Box 6065-02
Hermitage, PA  16148-1065

DeLage Landen
P.O. Box 41602
Philadelphia, PA  19101-1602


Dell Business Credit
Payment Processing Center
P.O. Box 5275
Carol Stram, IL  60197


Diamond H Trenching Inc
P.O. Box 280
Ponder, TX  76259-0280


Diana Vick
P.O. Box 681
Madisonville, TX  77864


DISA INC
P.O. Box 120314
Dallas, TX  75312-0314


Distribution Now - Wilson
P.O. Box 200822
Dallas, TX  75320-0822


DMI International Inc.
15615 E Pine St
Tulsa, OK  74116


Documation
PO Box 609
Cedar Rapids, IA  52406


Documation - Texas Document Solution
PO Box 609
Cedar Rapids, IA  52406

Doggett Machinery
10110 Daradele Ave
Baton Rouge, LA  70816


Donohue's Hilltop Ice Co Ltd
11112 Highland Ave
Camrbidge, OH  43725


DPWA
P.O. Box 22
Dacoma, OK  73731


Drakes Service Center Inc
PO Box 28
Madisonville, TX  77864


Driven Servics, LLC
2071 Davis Rd
Lipan, TX  76462


Dunn Tanks Inc
PO Box 714
Ruston, LA  71270


Eagle NDT LLC
PO Box 6290
Abilene, TX  79608-6290


Eagle Oil Inc
PO Box 1455
McAlester, OK  74502


Eaglebine Water Solutions
5028 Champions Dr
Lufkin, TX  75901

East Texas Mack
PO Box 2867
Longview, TX  75606


Ector County Appraisal Dist
1301 E 8th St
Odessa, TX  79761-4703


Electra Link Inc
PO Box 4346, Dept 467
Houston, TX  77210-4346


Ellen Contreras Shelburne
Waller Cty  Tax Assessor
790 9th St
Hempstead, TX  77445

Ellis Construction Specialities, Ltd
12407 Holmboe Ave
Oklahoma City, OK  73114-8114


Entegra Energy Solutions LLC
PO Box 1087
Bridgeport, WV  26330


Entergy
PO Box 8104
Baton Rouge, LA  70891-8104


EPayrollExpress - Time Solutions
2600 Garden Rd, #112
Monterey, CA  93940


Evergreen Tank - Mobile Mini
Dept #459
PO Box 4869
Houston, TX  77210-4869

F&S Radiology PC
PO Box 743854
Dept 40011
Atlanta, GA  30374-3854


Fairfield Ford of Williamsport Inc
3600 WEst 4th St
Williamsport, PA  17701


Fastenal
PO Box 1286
Winona, MN  55987-0978


FEDEX
PO Box 660481
Dallas, TX  75266-0481


Fleetmatic
PO Box 347472
Pittsburgh, PA  15251-4472


Flexpipe Systems (US) LLC
Showcorp Composite Prod Systems
PO Box 975369
Dallas, TX  75397-5369


Flexsteel Pipeline Technologies Inc
500 Dallas St Ste 500
Houston, TX  77002


Ford Motor Credit
P.O. Box 79002
St Louis, MO  63179-0072


Forrest Brothers Tire And Alignment
2525 E 8th St
Odessa, TX  79761

Fox NDE, LLC
PO Box 5088
Abilene, TX  79608


Frontier Pest Control
PO Box 277
Midway, TX  75852


Frost Crushed Stone Co Inc
PO Box 272
Mexia, TX  76667


Full Circle Oilfield Service
7585 State Route 821
Whipple, OH  45788


Gajeske, Inc
6200 N Houston Rosslyn Rd
Houston, TX  77091


GCR Tire Center
1840 Roughneck Dr
Bryan, TX  77808


GE Finance
P.O. Box 933209
Philadelphia, PA  19182


General Washout and Renewable Resources
4837 W Hwy 79
Jewett, TX  75846


Geo-Solutins, Inc.
7011 B West Bee Cave Rd
Austin, TX  78746

Geonix
PO Box 2169
Kilogore, TX  75663

Germer PLLC
PO Box 4915
Beaumont, TX  77704

Glez Welding LLC
709 Southwood Rd
Canotillo, TX  79835

Goins Crane Service
PO Box 5276
Abilene, TX  79608

Gomez, Ramon
11824 W 64th St
Odessa,  TX  79764
`

Gore's Gotta Go Portable Restroom
PO Box 6
Leedey, OK  73654

Grainger
PO Box 419267
Kansas City, MO  64141-6267

Grassbaugh LLC
13619 TR 20
Glenmont, OH  44028

Great America Leasing
PO Box 660831
Dallas, TX  75266-0631

GreatAmerican Financial Serv Corp
625 First Street
Cedar Rapids, IA  52401-2030


GreatAmerican Financial Services
625 First Street
Cedar Rapids, IA  52401-2030


Green Mountain Construction
2405 N Center Ave, Ste C
Somerset, PA  15501


Green's Energy Group LLC
PO Box 775705
Chicago, IL  60677-5705


Greens Welding Supply
PO Box 1316
Granbury, TX  76048-1316


Groff Tracdtor & Equipment
PO Box 62904
Baltimore, MD  21264-2904


Gully Trucking Inc
2851 FM 1582
Pearsall, TX  78061


Gunnels and Son Restroom LLC
PO Box 29
Huntsville, TX  77342


H and K Construction
PO Box 883
Centerville, TX  75833

H&H Xray Services
PO Drawer 517
West Monroe, LA  71294-0517


H2O Express, Inc
PO Box 42
6 Johnson Ln
Mcelhattan PA  17748


Hanes Supply Inc
55 James E Casey Dr
Buffalo, NY  14206


Hanna Cambpell & Powell LLP
3737 Embassy Pkwy Ste 100
Akron, oh  44333


Harger Utility Contractors, Inc
108 W Clinton St
Lock Haven, PA  17745


Hensarling SWD Ltd
4104 Highway 21 E
PO Box 663
Bryan, TX  77806


Henson Ford Inc
105 S May
Madisonville, TX  77864


Henson Motor Company
105 S May
Madisonville, TX  77864


Henson Sales & Service
105 S May
Madisonville, TX  77864

```
HERC Rentals
PO Box 936257
Atlantic, GA  31193


Hinostroza's Dump Trucking
1772 W 53rd Ln
Fort Stockton, TX  78735


Hitachi
21925 Network Place
Chicago, IL  60673


Holt Cat
PO Box 650345
Dallas, TX  75265-0345


Home City Ice
PO Box 111116
Cincinnati, OH  45211


Houston County Tax Office
401 E Goliad, Ste 101
Crockett, TX  75835


Houston Cty Appraisal Dist
PO Box 112
Crockett, TX  75835


Houston Cty Electrric
PO Box 52
Crockett, TX  75835


Houston Cty Tax Office
PO Box 941
Crockett, TX  75835
```

Howard Mcanear Equipment Co
PO Box 162029
Ft Worth, TX  76161-2029


Huntsville Memorial Hospital
110 Memorial Hospital Dr
Huntsville, TX  77340


Husky Hydrovac LLC
130 E Tenth Ave
South Hutchinson, KS  67505


Hytorc
333 Route 17 N
Mahwah, NJ  07430


Hytorc of Texas Inc
12420 Texaco Rd
Houston, TX  77013-4213


ICR Equipment Rental Sales & Supply
3351 Hamilton St
Bellaire, OH  43906


Integrity Industries Inc
PO Box 5342
Kingsville, TX  78364


Interstate Truck Center LLC
1 Eye Center Dr
Muncy, PA  17756


IRS
Stop 5022 HOU
1919 Smith Street
Houston, TX  77002

```
IRS
P.O. Box 7346
Philadelphia, PA  19114


ISI Commercial Refrigeration
PO Box 654020
Dallas, TX  75265-4020


ISI Commercial Refrigeration Inc
PO Box 167
Houston, TX  77001


J & B Propane
PO Box 607
Madisonville, TX  77864


J-B Oilfield Services
PO Box 326
Lamont, Ok  74643


J. R. Tool & Die
3230 Columbus Rd
Wooster, OH  44691


J.L. Ice LLC
PO Box 478
Crystal City, TX  78839


Jacob & Martin LLC
3465 Curry Lane
Abilene, TX  79606


Jeff Liddic
1096 Tombs Run Road
Jersey Shore, PA  17740
```

JF Warren Air Conditioning
206 Crossroads
Madisonville, TX  77864


JMF Underground Inc
841 West Trindle Rd
Mechanicsburg, PA  17055


JML Management
748 State Hwy 7 W
Center, TX  75935


JNR Equipment Erosion Services LLC
3343 State Route 3004
Meshoppen, PA  18630


Joe Lieberman
Ivy Receivables
3023 Ave J
Brooklyn, NY  11210


John Deere Financial
P.O. Box 660
Johnston, IA  50131


JP Services
633 Rankin Circle N
Houston, TX  77073


JT Clark & Sons
10445 Greenbriar Rd
Madisonville, TX  77854


Just In Time Sanitation Serv
PO Box 290
Carthage, TX  75633

K&B Directional Inc
4234 E FM 2795
Alba, TX  75410


K.D. Timmons Inc
PO Drawer 2609
Bryan, TX  77805


Kepner Farm Supply LLC
429 Maple Lane
Muncy, PA  17756


Kimble Recycling & Disposal Inc
PO Box 448
Dover, OH  44622


Knife River
PO Box 674
Bryan, TX  77806


Komatsu Financial
1701 W Golf Rd
Rolling Meadows, IL   60008-4227


Krenek, Keith A
PO Box 576
Lovelady, TX  75851


Labelleco Fab LLC
PO Box 20516
Beaumont, TX  77720


Lafarge Holcim
PO Box 732101
Dallas, TX  75373-2101

Lasalle County Tax Office
PO Box 737
Cotulla, TX  78014


LegalShield
PO Box 2629
Ada, OK  74821-2629


Lehman's Pipe & Steel, Inc.
803 Robertson Loop
Pollok, TX  75969


Leroy Qurarry Decristo
214 E Van Fleet Rd
Canton, PA  17724


LH Chaney Materials Inc.
PO Box 1665
Roanoke, TX  76262


Lowery Wholesale
PO Box 130
Paradise, TX  76073


Lowes Service
PO Box 530954
Atlanta, GA  30353


Lykins Oil Company
PO Box 643875
Cincinnati, OH  45264-3875


M&B SWD Limited
4104 Hwy 21 East
PO Box 663
Bryan, TX  77806

M&J Trucking Inc
PO Box 459
Fort Stockton, TX  79735


M.Y. Vic Marital Deduction Trust
PO Box 681
Madisonville, TX  77864


Mack Commercial Finance
P.O. Box 7247-0236
Philadelphia, PA  19170-0236


Madison County ISD
718 Bacon St
Madisonville, TX  77864


Madison County Tax Assessor
P.O. Box 417
101 W Main St, Rm 102
Madisonville, TX  77864


Madisonville Auto Parts
610 East Main
Madisonville, TX  77864


Madisonville Kawasaki
304 S May
Madisonville, TX  77864


Madisonville Meteor
205 N Madison
PO Box 999
Madisonville, TX  77864


Marquez SWD Limited
PO Box 663
Bryan, TX  77806

Martin Marietta Materials
PO Box 677061
Dallas, TX  75267


Matheson Tri=Gas Inc
Dept 3028
PO Box 12308
Dallas, TX  75312


Maverick Cty Solid Waste Authority Inc
PO Box 10
El Indio, TX  78852


Mayfield Pipe & Lumber
1500 State Hwy 60 N
Bay City, TX  77414


MBL Metals LLC
9640 E State Hwy 21
Bryan, TX  77808


McCaffety Electric Co
PO Box 163
Huntsville, TX  77342-0163


McClintock Quarries
15222 US 220 Hwy
Muncy Valley, PA  17758


MD Energy Services
PO Box 1204
Shawnee, OK  74802


MedExpress Billing
Attn# 7964C
PO Box 14000
Belfast, WV  04915

MedExpress Urgent Care
PO Box 7964
Belfast, WV  04915-7900


Melway Paving Co Inc
7571 State Route 85
Holmesville, OH  44633


Metal Culverts of Navasota
PO Box 1580
Navasota, TX  77868


MF Holding Ltd
18467 Cupress Rosehill Rd
Cypress, TX  77429


Mid-South Syneergy
PO Box 970
Navasota, TX  77868-0970


Midwest Hose
PO Box 96558
Oklahoma City, OK  73143


Milestone Environmental Services Inc
15721 Park Row, Suite 150
Houston, TX  77084


Miller Transfer
PO Box 453
Roostown, OH  44272


Mills Equipment & Tool Rental LLC
7980 E 122
Wetumka, OK  74883

Mobile Mini, Inc
PO Box 650882
Dallas, TX  75262-0882


Moore Trucking
283 Sunset Rd
Canton, PA  17724


MR Sandbag LLC
916 S Main St
Towanda, PA  18848


MT Business Technologies Inc
PO Box 37
Mansfield, OH  44901-0037


Mustang Cat
PO Box 4346
Dept 144
Houston, TX  77210-4346


Mustang Rental Services Inc
PO Box 4346
Dept 188
Houston, TX  77210-4346


Nalcom Wireless Communications Inc
PO Box 10530
College Station, TX  77210-4346


Napa-Genuine Auto Parts/PA
PO Box 414988
Boston, MA  02241-4988


Napa-Madisonville
205 S May St
Madisonville, TX  77864

National Oilwell Varco
PO Box 205155
Dallas, TX  75320-5155


NDE Solutions Inc
PO Box 3923
Bryan, TX  77805


Neim Services LLC
3309 State Route 2014
Clifford Township, PA  18421


Newman Printing Co Inc
1300 East 29th St
Bryan, TX  77802


Newman Tractor
2841 Verona Rd
Verona, KY  41092


Normangee Tractor
190 Hwy 39 South
Normangee, TX  77871


Nova Healthcare, PA
PO Box 840066
Dallas, TX  75284


NVI Nondestructive & Visual Inspection
PO Box 1690
Gray, LA  70359


Office Depot
PO Box 660113
Dallas, TX  75266

Ohio Cat
PO Box 774439
4439 Solutions Center
Chicago, IL  60677-4004


Orrville Trucking & Grading Co
PO Box 220
Orrbville, OH  44667


Owen Lease Services
4095 FM 975
Caldwell, TX  77836


Pac-Van Inc
75 Remittance Dr #3300
Chicago, IL  60675


Parkview Regional Hospital
PO Box 630957
Cincinnati, OH  45263-0957


PEC Premier Safety Operations
233 General Patton Ave
Madenville, LA  70471


Pedigree Technologies
4776 28 Ave S, Ste 101
Fargo, ND  58104


Pelton Trucking Co Inc
10534 Route 514 Ste 1
Monroeton, PA  18832


Performance Truck
PO Box 2208
Decatur, AL  35609

Pinnacle Erosion Control
110 Maple Dr
Centre Hall, PA  16828


Pioneer Steel & Pipe Co Ltd
PO Box 78
Kurten, TX  77808


Pioneer Waste Services
PO Box 7345
Pasadena, TX  77508


Pipeline Intellegence Co
PO Box 1099
Missouri City, TX  77459


Pitney Bowes Inc
PO Box 371874
Pittsburgh, PA  15250-7874


Pooler, Jimmy
PO Box 1022
Wooster, Oh  44691


PPG Architectural Ohio
PO Box 842409
Boston, TX  02284-2049


PPL Electric
2 N 9th St
RPC-GENNI
Allentown, PA  18101--1175


Praxair Distributing, Inc.
Dept CH 10660
Palatine, IL  60055-0660

Praxair-PA 71830694
PO Box 382000
Pittsburgh, PA  15250-8000


Princess Three Operating, LLC
PO Box 1983
Henderson, TX  75653


Producers Coop
PO Box 1112
Bryan, TX  77806


Prosperity Bank
1205 N Navarro St
Victoria, TX  77901


Protect Controls, Inc.
3212 Old Hwy 105 E
Conroe, TX  77301


Protection 1
PO Box 219044
Kansas City, MO  64121-9044


PSS Rental LLC
PO Box 74321
Cleveland, OH  44194


Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874


Quickshot Trucking
PO Box 72022
Oklahoma City, OK  73172

R&D Distributing Ltd
PO Box 1507
Center, TX  75935-0327


R&J Excavating LLC
1268 N Route 44 Hwy
Jersey Shore, PA  17740


RBJ & Associates LP
8501 N FM 1788
Midland, TX  79707


RDO Equipment Company
5301 Mark IV Parkway
Fort Worth, TX  76106


Redtail Equipment Rental
3101 Longmire Dr
College Station, TX  77845


Reliant Energy
PO Box 650475
Dallas, TX  75265-0475


Republic Services
PO Box 78829
Phoeniz, AZ  85062-8829


Ri-Nu Environmental Serv Millanno LLC
PO Box 95457
Grapevine, TX  76099-9752


Richland Engineering Limited
29 North Park St
Mansfield, OH  44902-1769

Riverbend Equipment Leasing Inc
500 Davenport Dr
College Station, TX  77845


Rogue Construction, LLC
c/o VIVA Capital Funding
PO Box 17548
El Paso, TX  79917


Rush Truck Center, Lufkin
PO Box 2208
Decatur, AL  35609


Ryder Transportation Srv, Inc.
PO Box 402336
Atlanta, GA  30384-2366


S&W Steel And Supply Co
2427 Stafford Blvd
Pecos, TX  79772


S-Con Services, Inc.
PO Box 953
Bryan, TX  77806


Sabin Environmental Services
PO Box 610451
Dallas, TX  75261-0451


Safeway Oil Recovery LLC
2917 Mary Ave
Waco, TX  76710


San Martin Trucking
PO Box 69162
Odessa, TX  79769

Security Shredding
PO Box 3539
Lufkin, TX  75903


Serrano, Veronica
2996 Westcliff Rd, Apt 4
Odessa, TX  79763


Seven J Stock Farms, Inc
19300 Hwy 21 w
Crockett, TX  75835


Sherwin Williams
1109 Avenue M
Huntsville, TX  77340


Shield Fire & Supression
2312 Devonshire Dt
Bryan, TX  77802


Sidwell Materials, Inc
PO Box 192
White Cottage, OH  42791


Simpson Crushed Stone LLC #4
1948 R 1234
Nemo, TX  76070


Smith, Billy Sr
P.O. Box 246
Midway, TX  75852


Southern Supply Inc
2218 Atkinson Dr., Ste F
Lufkin, TX  75901

Southern Tire Mart LLC
PO Box 1000, Dept 143
Memphis, TN  38148-0143


Speedway SWD Ltd
4104 Hwy 21 E
PO Box 663
Bryan, TX  77860


SPL, Inc
PO Box 842013
Dallas, TX 75284-2013


Sprosty Bag
PO Box 186
Smithville, OH  44677


Standley Feed & Seed Inc
PO Box 489
Madisonville, TX  77864


Staples
PO Box 83689
Chicago, IL  60696-2689


Statewide Materials Transport, Ltd
PO Box 1080
Manor, TX  78653


Stewart & Stevenson
PO Box 301063
Dallas, TX  75303


Stewart's Integrity Services
PO Box 21218
Beaumont, TX  77720

Stopper, Benjamin E Jr
340 Hughes St
Williamsport, PA  17701


Sun Coast Resources Inc
PO Box 202603
Dallas, TX  75320


Sunbelt Equipment Marketing Inc
500 Davenport Dr
College Station, TX  77845


Sunstate Equipment Co
PO Box 52581
Phoenix, AZ  85072-2581


Superior Plus Energy Services
112 Broad St
PO Box 128
Montoursville, PA  17754


Susquehanna Fire Equipment Co
PO Box 209
Dewart, PA  17730


Talgoa Public Works Authority
PO Box 307
Taloga, OK  73667


TCF Equipment Finance
11100 Wayzata Blvd, Ste 801
Minnetonka, MN  55305


TD Rentals
PO Box 1825
Carrizo Springs, TX  78834

Tech Corr
PO Box 660828
Dept 2004
Dallas, TX  75266-0828


Terracon Consultants, Inc
PO Box 959673
St Louis, MO  63195-9673


Texan Rentals & Lease Services
PO Box 206983
Dallas, TX  75320-6983


Texas Commercial Waste
PO Box 645
Bryan, TX  77806


Texas Comptroller of Public Accounts
P.O Box 13528, Capitol Station
Austin, Texas 78711-3528


Texas Comptroller of Public Accounts
111 E 17th St
Austin, Texas 78774-0100


Texas Document Solution
2600 Longhorn Blvd, #102
Austin, TX  78758


Texas Mutual
PO Box 841843
Dalla, TX  75284


Texas Overhead Door Company
122 N W Hillery St
Burleson, TX  76028

Texas Reexcavation Dept 192-2
Lockbox 4458
Houston, TX  77210-4458


Texas State Rentals
24010 Tomball Pkwy
Tomball, TX  77375


The Bank of Madisonville
P.O. Box 637
Madisonville, TX  77864


The Consolidated Water Supply Corp
401 NE Loop 304
Crockett, TX  75835


The Printshop
PO Box 52510
Midland, TX  79710-2510


The Tarp Depot
2506 Pasadena Blvd
Pasadena, TX  77502


Theiss Sausage Company
PO Box 682
Normangee, TX  77871


Thomas Analytical
PO Box 9853
College Station, TX  77842


Tierra Lease Services, LLC
PO Box 366
Kenedy, TX  78119-0366

Timmons Oil
PO Drawer 2609
Bryan, TX  77805-2609


Tire Werx
PO Box 28
Madisonville, TX  77805-2609


Titan Inspection Inc
PO Box 3665
Williamsport, PA  17701


TNT Crane and Rigging Inc
PO Box 847561
Dallas, TX  75284


TNT Services, LLC
PO Box 433
Seiling, OK  73663


Toyota Motor Credit
P.O. Box 5855
Carol Stream, IL  60197-5855


Trashy Trash Trailers
PO Box 6
Leedey, OK  73654


Tri County Fence and Rail
17 Atlantic Ave West
Pittston, PA  18643


Tricor Industrial Inc
PO Box 752
Wooster, OH  44691

Triumph Premium Finance
600 SW Jefferson Ste 204
Lee's Summit, MO  64063


Tulsa County Assessor
Tulsa Cty Admin Bldg Rm 215
500 S Denver
Tulsa, OK  74103


Tulsa County Treasurer
500 S Denver Ave, 3rd Fl
Tulsa, OK  74103-3840


Twin Creek Water Supply Corp.
PO Box 88
New Baden, TX  77870


TXU
PO Box 650638
Dallas, TX  75265-0638


UBEO of East Texas
PO Box 791070
San Antonio, TX  78279


UBEO of East Texas Inc (Dallas)
PO Box 660831
Dallas, TX  75266-0831


UGI Utilities
Attn Remittance
PO Box 13009
Reading, PA  19612


United Co-Op
PO Box 961079
Fort Worth, TX  7616-0079

United Healthcare Ins Co
PO Box 2485
Carol Stream, IL  60132


United Rentals Gulf LP
PO Box 100711
Atlanta, GA  30384


US Safetygear
PO Box 309
Leavittsburgh, OH  44430-0309


Usable Creative
117 Heymann Blvd
Suite 17
Lafayette, LA  70503

UTICA Lease Co
44225 Utica Rd
Utica, MI  48317


Vendor Services
7808 Creekridge Circle, Sste 250
Edina, MN  55439


Vendor Services Group
7808 Creekridge Circle Ste 250
Edina, MN  55439


Verizon
PO Box 660108
Dallas, TX  75266-0108


Vermeer Equipment of Texas Inc
Dept 41351
PO Box 650823
Dallas, TX  75265-0823

Vermeer North Atlantic
7 Maple Ave
Lumberton-MT Holly, NJH  08048


VFS US LLC
PO Box 26131
Greensboro, NC  27402


Vick Lumber
206 West Magnolia St
Madisonville, TX  77864


Vicking Mat Company
PO Box 842612
Dallas, TX  75284-2612


Vision Transports
925 E Fox Dr
Enid, OK  73701


Walk In Urgent Care
5340 Gordon Way
Dublin, OH  43017-8870


Walsh Electrical Inc
927 N State St
Clarks Summit, PA  18411


Warren Cat
PO Box 842116
Dallas, TX  75284-2116


Waste Management of PA
PO Box 13648
Philadelphia, PA  19101-3648

Waste Management of Texas
1901 Afton St
Houston, TX  77055-2203


Waste Management Ohio
PO Box 4648
Carol Stream, IL  60197-4648


Wayne Township Landifll
PO Box 209
McElhattan, PA  17748


We-Rent-It
PO Box 512
Bryan, TX  77806


Weavertown Transport Leasing
2 Dorrington Rd
Carnegie, PA  15106


Webb's Super-Gro Products
PO Box C
Mill Hall, PA  17751


Wells Fargo
P.O. Box 29706
Phoeniz, AZ  85038


West Texas Safety Training Center
PO Box 60828
Midland, TX  79711


West Webb Allbritton & Gentry
1515 Emerald Plaza
College Station, TX  77485-1515

Wil-Call Services, Ltd
PO Box 473
Buffalo, TX  75831


Wild West Trucking LLC
903 N Hickory St
Pecos, TX  79772


Wilson Culverts, Inc.
P.O. Box 940
Elkhart, TX  75839


Windstream
PO Box 9001908
Louisville, KY  40290-1908


Winterhawk Pipeline Services LLC
10041 E 52nd St
Tulsa, OK  74146


Woodhill Financial Group Ltd
1331 Gemini Ste 103
Houston, TX  77058


Woodson Lumber & Hardware Inc
PO Box 750
Buffalo, TX  75831


Wooster Industrial Park
PO Box 1022
Wooster, OH  77691


Worldwide Machinery
Attn: Ibis Bain
PO Box 5010
Woodland Hills, CA  91365

Yellowhouse Machinery (Power Plan)
PO Box 31388
Amarillo, TX  79120-1388


Young Heavy Haul, Inc
PO Box 5632
Victoria, TX  77903