United States District Court
Southern District of Texas
FILED

AUG 17 2018

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 18-34567 |
|---|---|---|---|
| Debtor | | In Re: | Midway Oilfield Constructors, Inc. d/b/a Midway Energy Services |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeremy L. Retherford<br>Balch & Bingham LLP<br>1901 6th Ave N, Suite 1500, Birmingham, AL 35203<br>(205) 226-3479; jretherford@balch.com<br>AL: ASB-6269-R67R; TN: 27727; MS: 101322 |
|---|---|

| Name of party applicant seeks to appear for: | Compass Bank |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 08/16/2018 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: active | |
|---|---|
| Dated: 8/17/18 | Clerk's signature: [signature] |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____   _____
                                United States Bankruptcy Judge