IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-34567 |
| | § | |
| MIDWAY OILFIELD CONSTRUCTORS, | § | |
| INC. dba MIDWAY ENERGY SERVICES | § | CHAPTER 13 |
| | § | |
| DEBTOR(S). | § | |
| | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel and the law firm of Kane Russell Coleman Logan PC hereby enter an appearance on behalf of Mack Financial Services, a division of VFS US LLC.  The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

**Michael P. Ridulfo**
Bar No. 16902020
SDTX No.: 27086
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Ph: (713) 425-7400
Fax: (713) 425-7700
mridulfo@krcl.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

Dated: August 20, 2018

                                                          Respectfully submitted,

                                                          KANE RUSSELL COLEMAN LOGAN PC

                                        By: */s/ Michael P. Ridulfo*
                                                       Michael P. Ridulfo
                                                       State Bar No. 16902020
                                                       SDTX No.: 27086
                                                       5051 Westheimer Rd., 10th Floor
                                                       Houston, Texas  77056
                                                       Ph: (713) 425-7400
                                                      Fax: (713) 425-7700
                                                      mridulfo@krcl.com

                                                    ATTORNEY FOR VFS US LLC

## **CERTIFICATE OF SERVICE**

      This is to certify that on August 20, 2018, a true and correct copy of the foregoing Notice of Appearance was served via the Court's CM/ECF notification system.

                                                          */s/ Michael P. Ridulfo*
                                                          Michael P. Ridulfo